# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133711

CHRISTOPHER A. FAGAN,
      Plaintiff-Appellee,

v

MICHAEL A. LOMUPO and
RHONDA L. LOMUPO,
      Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133711
COA: 264270
Muskegon CC: 03-042636-NO

_____/

      On order of the Court, the application for leave to appeal the March 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk